IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL APONTE,<br><br>　　　　　　　　Defendants. | 8:21-CR-117<br><br>ORDER ON AMENDED MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

　　　　This matter is before the Court on Defendant's Amended Motion for Leave to Proceed in Forma Puaperis. Filing 138. Defendant has also filed an amended financial affidavit in support of his Motion. Filing 139. Having reviewed Defendant's Motion and supporting financial affidavit, the Court finds that Defendant's request comports with the requirements of Federal Rule of Appellate Procedure 24(a). *See* Fed. R. App. P. 24(a)(1) (stating that a request to proceed *in forma pauperis* on appeal must include an affidavit showing the party's inability to pay, claims a right to redress, and states the issues being appealed). The Court grants Defendant's Motion and will permit him to appeal *in forma pauperis*. Accordingly,

　　　　IT IS ORDERED that Defendant's Amended Motion for Leave to Proceed in Forma Pauperis, Filing 138, is granted.

　　　　Dated this 9th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge